## James Black *vs.* Jonathan Ballard & *als.*

In an action on a jail bond, the certificate of the justices of the quorum, that the execution creditor was notified according to law, is to be received as conclusive evidence of that fact.

In an action of *debt* on a jail bond, conditioned that *Ballard* should not depart beyond the prison limits, unless discharged by law, the defendants proved by the proper evidence, that *Ballard* was discharged by two Justices of the Peace and of the quorum, who made a regular certificate thereof, stating therein, that the plaintiff was legally notified of the time and place of taking the oath.   The plaintiff then offered to prove by parol evidence and by a paper, that the plaintiff did not have legal notice of the time

and place for taking the oath. The trial was in the Court of Common Pleas before *Smith J.*, who instructed the jury, that such evidence was inadmissible for that purpose. A verdict was returned for the defendant, and the plaintiff excepted to the ruling of the Judge.

*Vose*, argued for the plaintiff, and *J. W. Bradbury*, for the defendants.

The opinion of the Court was afterwards delivered by

WESTON C. J. — We are of opinion, that the certificate of the justices of the quorum, that the execution creditor was notified according to law, must be received as conclusive evidence of that fact. So it was decided by this Court in *Agry* v. *Betts*, 3 *Fairf.* 415. We refer to that case for the reasons, upon which the judgment of the Court is founded.

*Exceptions overruled.*